No. 339, Misc. STEVENS *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 342, Misc. MILES *v.* OHIO. Supreme Court of Ohio. Certiorari denied.

No. 345, Misc. NIBBS *v.* MURPHY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 346, Misc. BIBLE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 350, Misc. STAFFORD *v.* VAUGHAN ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Sanford N. Gruskin* and *A. Wallace Tashima,* Deputy Attorneys General, for Fox et al., respondents.

No. 351, Misc. WARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 356, Misc. STEVENSON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 359, Misc. LIPINCZYK, ALIAS WERNER, *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 360, Misc. BOOTH *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.